APPEAL No. 73-138.   JENNIE MANSOLILLO, *Executrix, et al. v.* JAMES L. TAFT, JR., *Mayor of the City of Cranston, et al.*

Motion of Winsor Realty Co. to intervene granted. Paolino and Joslin, JJ., not participating. *Pat Nero,* for Winsor Realty Co., Intervenor. *Peter Palombo, Jr.,* for defendants.